ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 8 2017
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. **3-17CR-414-N** |
| KAMYAR JAHANRAKHSHAN<br>also known as KAMYAR JAHAN RAKHSHAN;<br>ANDY or ANDREW RAKHSHAN; ANDY or<br>ANDREW KAMYAR (or KAMIAR or KAMIER)<br>RAKHSHAN | |

The Grand Jury Charges:

## INDICTMENT

### Count One
Knowingly Causing the Transmission of a Command to a Protected Computer
(18 U.S.C. § 1030(a)(5)(A) (18 U.S.C. § 1030(c)(4)(A)(i)(I) and (B)))

Between on or about December 30, 2014, and on or about January 25, 2015, in the Dallas Division of the Northern District of Texas and elsewhere, defendant **Kamyar Jahanrakhshan, also known as Kamyar Jahan Rakhshan; Andy or Andrew Rakhshan; Andy or Andrew Kamyar (or Kamiar or Kamier) Rakhshan** knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer; in that the defendant knowingly caused a denial of service attack on the website Leagle.com, and by said transmission caused a loss aggregating at least $5,000 or more during a one-year period.

In violation of 18 U.S.C. § 1030(a)(5)(A) (18 U.S.C. § 1030(c)(4)(A)(i)(I) and (B)).

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
CANDINA S. HEATH
Assistant United States Attorney
Northern District of Texas
Texas State Bar No. 09347450
1100 Commerce Street, 3rd Floor
Dallas, Texas   75242
Telephone:   214-659-8600
Facsimile:   214-659-8805
candina.heath@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

KAMYAR JAHAN RAKHSHAN
also known as KAMYAR JAHAN RAKHSHAN;
ANDY or ANDREW RAKHSHAN;
ANDY or ANDREW KAMYAR (or KAMIAR or KAMIER) RAKHSHAN

---

INDICTMENT

18 U.S.C. § 1030(a)(5)(A) (18 U.S.C. § 1030(c)(4)(A)(i)(I) and (B))
Knowingly Causing the Transmission of a Command to a Protected Computer

1 Count

---

A true bill rendered

| | |
|---|---|
| DALLAS | FOREPERSON |

Filed in open court this 8th day of August, 2017.

---

**Defendant in Federal Custody since**
**July 26, 2017 Seattle, Washington**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:16-MJ-635-BK