IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | NO. 3:17-CR-414-N |
| KAMYAR JAHANRAKHSHAN aka Kamyar Jahan Rakhshan; Andy or Andrew Rakhshan; Andy or Andrew Kamyar (or Kamiar or Kamier) Rakhshan | |

GOVERNMENT'S WITNESS LIST

The United States Attorney for the Northern District of Texas, by and through the Undersigned Assistant United States Attorney, hereby submits its witness list:

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1 | Rakhshan passport application 9/4/2016 | | |
| 2 | Land Border Crossing Information 4/18/2015 at 6:25:21pm | | |
| 3 | The Elements Apartment 902(11) Affidavit (EX.4) | | |
| 4 | The Elements Apartment 902(11) Affidavit and Lease documents for 989 112th Ave. NE, #705, Bellevue, WA (EX.3) | | |
| 5 | Mallory Square Apartment 902(11) Affidavit (EX.6) | | |
| 6 | Mallory Square Apartment documents (EX.5) | | |
| 7 | Extended Stay America 902(11) Affidavit (EX.8-12) | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 8 | Extended Stay America (EX.7)+B28 Corporate Folio Receip+B11t 4/19/2015-5/13/2015 20827 N.27th Ave Phoenix, AZ (EX.7) | | |
| 9 | Extended Stay America Corporate Folio Receipt 5/13/2015-5/14/2015 20827 N.27th Ave Phoenix, AZ (EX.7) | | |
| 10 | Extended Stay America corporate Folio Receipt 5/16/2015-8/28/2015 3560 North Marshall Way Scottsdale, AZ (EX.7) | | |
| 11 | Extended Stay America Corporate Folio Receipt 9/18/2015-11/16/2015 3560 North Marshall Way Scottsdale, AZ (EX.7) | | |
| 12 | Extended Stay America Homestead Studio Suites 1/18/2017-2/16/2017 3700 132nd Ave. SE Bellevue, WA | | |
| 13 | Cox Communications 902(11) Affidavit (EX.14) | | |
| 14 | Cox Communications Records (EX.13) | | |
| 15 | AT&T Wireless 902(11) Affidavit (EX.16) | | |
| 16 | AT&T Wireless / Cricket Documents (EX.15) | | |
| 17 | Tata Consultancy Services 902(11) Affidavit (EX.18) | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 18 | Tata Consultancy Services documents regarding Andrew Rakhshan's employment (EX.17) | | |
| 19 | Discover Products Inc. 902(11) Affidavit (EX.20) | | |
| 20 | Discover Records #4147 (43pgs) (EX.19) | | |
| 21-24 | Four (4) JPMorgan Chase Bank account #9907 902(11) Affidavits dated 9/28/2016, 12/13/2016, 1/9/2017, 5/10/2017 (EX.24-26 respectively) | | |
| 25 | JPMorgan Chase Bank account #9907 records 6/5/2015-7/7/2016 (EX.21) | | |
| 26 | JPMorgan Chase Bank account #9907 records 6/7/2016-11/4/2016 (EX.22) | | |
| 27 | JPMorgan Chase Bank account #9907 records for deposit item on 10/6/2016 (EX.23) | | |
| 28 | JPMorgan Chase Bank account #9907 records 1/7/2017-4/6/2017 (EX.24) | | |
| 29 | JPMorgan Chase Bank account #9907 Affidavit 6/7/2016-10/6/2016 (EX.24) | | |
| 30-32 | Chase Slate credit card account #9270 902(11) Affidavit dated 9/28/2016, 12/1/2016, 12/13/2016, 5/10/2017 (EX.33-36 respectively) | | |
| 33 | Chase Slate credit card account #9270 records 6/15/2015-8/3/2016 (EX.30) | | |
| 34 | Chase Slate credit card account #9270 records 7/19/2016-11/2/2016 (EX.31) | | |
| 35 | Chase Slate credit card account #9270 records 1/4/2017-4/30/2017 (EX.32) | | |
| 36 | PayPal 902(11) Affidavit (EX.37) | | |
| 37 | PayPal Records for g_rak143@hotmail.com, #7841 11/13/2006 , #6908 8/10/2008, and #2787 2/20/2005 (EX.36 | | |

**Government's Exhibit List – Page 3**

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 38 | Cook Systems email -internal -containing an email from akr9@sfu.ca 5/6/2015 12:52pm | | |
| 39 | Cook Systems email -internal -containing an email from akr9@sfu.ca 5/6/2015 8:22pm | | |
| 40 | Cook Systems email -internal - 5/6/2015 10:43pm | | |
| 41 | Cook Systems email to akr@sfu.ca 5/7/2015 1:51am | | |
| 42 | Cook Systems email -internal - 5/13/2015 3:08pm | | |
| 43 | Cook Systems email -internal - 5/13/2015 3:26pm | | |
| 44 | Cook Systems email -internal - 5/13/2015 3:52pm | | |
| 45 | andrew.rakhshan email to Cook Systems on 5/14/2015 3:56pm "Revenge on Cook System" with attachment Fasttrack'd Training Agreement (EX.52) | | |
| 46 | andrew.rakhshan email from Cook Systems on 5/14/2015 4:23pm "Revenge on Cook System" (EX.52) | | |
| 47 | andrew.rakhshan email from Cook Systems on 5/14/2015 5:02pm "Revenge on Cook System" (EX.52) | | |
| 48 | Printouts from WHOIS.com | | |
| 49 | Disk containing Google Search History for gmail account andyfromcanada@gmail (EX.51-52) | | |
| 50 | Rakhshan v. Whatcom County No. 61697-8-1 Opinion http://leagle.com/decision/In%20WACO%2020090427897 | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 51 | Google Disk(s) with gmail accounts andyfromcanada, andrew.rakhshan, kjahanrakhshan | | |
| 52 | Google 902(11) affidavit for gmail accounts andyfromcanada, andrew.rakhshan, and kjahanrakhshan | | |
| 53-54 | Google subscriber info for gmail account andrew.rakhshan@gmail (EX.51-52) | | |
| 55 | Google Contacts for gmail account Andrew.rakhshan@gmail (EX.51-52) | | |
| 56 | Disk containing Google Search History for gmail account Andrew.rakhshan@gmail (EX.51-52) | | |
| 57-59 | Google subscriber info for gmail account andyfromcanada@gmail (EX.51-52) | | |
| 60 | Google Chats for gmail account andyfromcanada@gmail (EX.51-52) | | |
| 61 | Items found and related metadata in GoogleDrive for gmail account andyfromcanada@gmail (EX.51-52) | | |
| 62 | Google Contacts for gmail account andyfromcanada@gmail (EX.51-52) | | |
| 63-69 | Google subscriber info for gmail account kjahanrakhshan@gmail (EX.51-52) | | |
| 70 | Items found and related metadata in GoogleDrive for gmail account kjahanrakhshan@gmail (EX.51-52) | | |
| 71 | Google Contacts for gmail account kjahanrakhshan@gmail (EX.51-52) | | |
| 72 | Google Search History for gmail account kjahanrakhshan@gmail (EX.51-52) | | |
| 73 | andyfromcanada email from tankshu04 1/28/2015 5:08pm (EX.51-52) | | |
| 74 | andyfromcanada email to tankshu04 1/28/2015 7:41pm (EX.51-52) | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 75 | andyfromcanada email from tankshu04 1/28/20158:23pm (EX.51-52) | | |
| 76 | andyfromcanada email to tankshu04 1/28/2015 8:38pm (EX.51-52) | | |
| 77 | andyfromcanada email from tankshu04 1/28/2015 8:41pm (EX.51-52) | | |
| 78 | andyfromcanada email from tankshu04 1/28/2015 5:08pm with partial attachment (pages 11-302 omitted) (EX.51-52) | | |
| 79 | andyfromcanada email to tankshu04 1/28/2015 8:45pm (EX.51-52) | | |
| 80 | andyfromcanada email from tankshu04 1/28/2015 8:58pm (EX.51-52) | | |
| 81 | andyfromcanada email to tankshu04 1/28/2015 9:31pm (EX.51-52) | | |
| 82 | andyfromcanada email from tankshu04 1/28/2015 10:05pm (EX.51-52) | | |
| 83 | andyfromcanada email to tankshu04 1/28/2015 10:32pm with attached screenshot (EX.51-52) | | |
| 84 | andyfromcanada email from tankshu04 1/28/2015 10:35pm (EX.51-52) | | |
| 85 | andyfromcanada email to tankshu04 1/29/2015 11:31am with partial attachment (pages 51-2034 omitted) (EX.51-52) | | |
| 86 | andyfromcanada email to tankshu04 1/29/2015 11:43am (EX.51-52) | | |
| 87 | andyfromcanada email from tankshu04 1/29/2015 4:12pm (EX.51-52) | | |
| 88 | andyfromcanada email to tankshu04 1/29/2015 5:08pm with partial attachment (pages 3-2084 omitted) (EX.51-52) | | |
| 89 | andyfromcanada email from tankshu04 1/29/2015 4:39pm (EX.51-52) | | |
| 90 | andyfromcanada email to tankshu04 1/30/2015 12:04pm (EX.51-52) | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 91 | andyfromcanada email to tankshu04 1/30/2015 512:09pm with screenshot (EX.51-52) | | |
| 92 | andyfromcanada email from tankshu04 1/30/2015 4:52pm (EX.51-52) | | |
| 93 | andyfromcanada email to tankshu04 1/30/2015 6:44pm (EX.51-52) | | |
| 94 | andyfromcanada email from tankshu04 1/30/2015 6:49pm (EX.51-52) | | |
| 95 | andyfromcanada email to tankshu04 1/30/2015 7:18pm (EX.51-52) | | |
| 96 | andyfromcanada email from tankshu04 1/30/2015 7:25pm (EX.51-52) | | |
| 97 | andyfromcanada email to tankshu04 1/30/2015 7:33pm (EX.51-52) | | |
| 98 | andyfromcanada email from tankshu04 1/30/2015 7:42pm (EX.51-52) | | |
| 99 | andyfromcanada email to tankshu04 1/30/2015 7:48pm (EX.51-52) | | |
| 100 | andyfromcanada email from tankshu04 1/30/2015 7:49pm (EX.51-52) | | |
| 101 | andyfromcanada email to tankshu04 1/31/2015 2:02am (EX.51-52) | | |
| 102 | andyfromcanada email from tankshu04 1/31/2015 2:26am (EX.51-52) | | |
| 103 | andyfromcanada email to tankshu04 1/31/2015 2:32am (EX.51-52) | | |
| 104 | andyfromcanada email from tankshu04 1/31/2015 2:35am (EX.51-52) | | |
| 105 | andyfromcanada email to tankshu04 2/4/2015 7:04pm (EX.51-52) | | |
| 106 | andyfromcanada email from tankshu04 2/5/2015 1:11am (EX.51-52) | | |
| 107 | andyfromcanada cc'd email from ns3731 to MG 8/23/2014 2:19am "Free 34" Sony TV - Excellent Condition!!" (EX.51-52) | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 108 | andyfromcanada email to a craigslist email account "Just Lick Me - w4m" with attached photo 5/25/2015 11:22pm (EX.51-52) | | |
| 109 | andyfromcanada email to a craigslist email account "Private Massage" with attached photo 5/30/2015 7:44pm (EX.51-52) | | |
| 110 | andyfromcanada email to a craigslist email account "Massage" with attached photo 5/31/2015 10:09pm (EX.51-52) | | |
| 111 | andyfromcanada email to a craigslist email account "My pic" with attached photo 6/3/2015 8:03pm (EX.51-52) | | |
| 112 | andyfromcanada email to a craigslist email account "June" with 2 attached photos 6/3/2015 8:56pm (EX.51-52) | | |
| 113 | andyfromcanada email to a craigslist email account "Old town hotel" with attached photo 6/5/2015 12:40am (EX.51-52) | | |
| 114 | andyfromcanada email from VMDEPLOY "Order Confirmation" 12/25/2014 8:12pm (EX.51-52) | | |
| 115 | andyfromcanada email from VMDEPLOY "Customer Invoice" 12/25/2014 8:12pm (EX.51-52) | | |
| 116 | andyfromcanada email from VMDEPLOY "Welcome" 12/25/2014 8:12pm (EX.51-52) | | |
| 117 | Several andyfromcanada emails from hackforums regarding receipt of a private message on the hackforums site from ItsFluffy, between 1/14/2015 and 8/7/2015 (EX.51-52) | | |
| 118 | andyfromcanada email to SK "Request for blog's deletion" 10/14/2014 10:59pm (EX.51-52) | | |
| 119 | andyfromcanada email to SK "Payment" 12/21/2014 5:16pm (EX.51-52) | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 120 | kjahanrakhshan email from SK "Automatic Reply: Cyber Attack on Karas.ca" 1/2/2015 1:18pm (EX.51-52) | | |
| 121 | kjahanrakhshan email to SK "Cyber Attack on Karas.ca" 1/2/2015 1:26pm (EX.51-52) | | |
| 122 | 8 kjahanrakhshan emails regarding faxes sent to SK 1/7/2015 from 12:41pm to 3:30pm (EX.51-52) | | |
| 123 | kjahanrakhshan email to SK "Cyber Attack on Karas.ca" 1/7/2015 4:26pm (EX.51-52) | | |
| 124 | 11 kjahanrakhshan emails re faxes sent to SK 1/8/2015 from 12:06pm to 5:21pm (EX.51-52) | | |
| 125 | kjahanrakhshan email to SK "YOUR WEBSITE CRASHED" 1/9/2015 10:35am (EX.51-52) | | |
| 126 | kjahanrakhshan email to SK "YOUR WEBSITE CRASHED" 1/9/2015 3:13pm (EX.51-52) | | |
| 127 | kjahanrakhshan email to SK "YOUR WEBSITE CRASHED" 1/9/2015 4:45pm (EX.51-52) | | |
| 128 | kjahanrakhshan email to SK "YOUR WEBSITE CRASHED" 1/9/2015 8:34pm (EX.51-52) | | |
| 129 | 3 andyfromcanada emails from hackforums regarding receipt of a private message on the hackforums site from Bandors between 2/18/2015 and 2/26/2015 (EX.51-52) | | |
| 130 | andyfromcanada emails with Bandors ending 3/9/2015 11:29pm (2 pages) (EX.51-52) | | |
| 131 | andyfromcanada emails with Bandors ending 3/11/2015 6:15pm (6 pages including attachment) (EX.51-52) | | |
| 132 | andyfromcanada emails with Bandors ending 3/25/2015 6:15pm (13 pages) (EX.51-52) | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 133 | andyfromcanada emails with Bandors ending 3/26/2015 11:34pm (17 pages) (EX.51-52) | | |
| 134 | andyfromcanada emails with Bandors ending 5/21/2015 11:57pm (16 pages) (EX.51-52) | | |
| 135 | andrew.rakhshan email to amtexsystems "ANDY for Sr. java Developer" 7/4/2015 11:37am with attached resume (EX.51-52) | | |
| 136 | andrew.rakhshan email to Whatcom "Order to seal court records - GR 15" 11/13/2014 1:18am with 2 attachments (proposed orders) (EX.51-52) | | |
| 137 | kjahanrakhshan email from E.Leet. "Modem Stresser" 2/13/2015 1:16pm (EX.51-52) | | |
| 138 | kjahanrakhshan email to RCMP "Request for deletion of a news release" 11/22/2014 11:21am (EX.51-52) | | |
| 139 | andyfromcanada email to akr9 "passport" 12/27/2013 5:47pm with attachment (EX.51-52) | | |
| 140 | andyfromcanada email to akr9 (no subject) 4/8/2015 1:00pm with attachment social security card (EX.51-52) | | |
| 141 | andyfromcanada email to wanderlustluggage "Repair" 9/22/2014 9:36am with 4 photos attached (EX.51-52) | | |
| 142 | andyfromcanada email to wanderlustluggage "Re: Repair" 9/22/2014 7:28pm (EX.51-52) | | |
| 143 | andyfromcanada email to akr9 "Fwd: Repair" 9/29/2014 2:46pm (WestonLuggage) (EX.51-52) | | |
| 144 | andrew.rakhshan email to Whatcom "Order to seal court records - GR 15" 11/4/2014 11:51am with 2 attachments (proposed orders) (EX.51-52) | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 145 | andrew.rakhshan email to Whatcom "Order to seal court records - GR 15" 4/7/2015 2:23pm with 2 attachments (proposed orders) (EX.51-52) | | |
| 146 | andrew.rakhshan email to Whatcom "Order to seal court records - GR 15" 5/12/2015 3:42pm with 2 attachments (proposed orders) (EX.51-52) | | |
| 147 | andyfromcanada email from efax 9/2/2009 11:53pm (EX.51-52) | | |
| 148 | andyfromcanada email from centregold 12/12/2010 8:01pm (EX.51-52) | | |
| 149 | andyfromcanada email from Getemoney 12/12/2010 8:18pm (EX.51-52) | | |
| 150 | andyfromcanada email from Getemoney "Getemoney - Your order has been correctly recorded by our system" with attached receipt 12/12/2010 9:11pm (EX.51-52) | | |
| 151 | andyfromcanada chat with JM 9/6/2011 12:46pm (EX.51-52) | | |
| 152 | andyfromcanada email from ebay 2/10/2012 5:25pm (EX.51-52) | | |
| 153 | andyfromcanada email to JM "remember this? In nbf" 9/1/2014 2:04pm with attachment SFU General Appeal form and letter (EX.51-52) | | |
| 154 | andrew.rakhshan email to Whatcom "Request for deletion/redaction of a document from Council's website" 10/20/2014 4:03pm (EX.51-52) | | |
| 155 | andrew.rakhshan email to issuu "Request for instructing search engines to avoid indexing names . . . " 12/4/2014 4:09pm (EX.51-52) | | |
| 156 | andrew.rakhshan email to CBC "Request for Deletion" 12/5/2014 11:44pm (EX.51-52) | | |
| 157 | reserved | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 158 | Screenshots from Leagle.com, from Archive.org (see URLs) and through a google search of http://leagle.com/decision/In%20WACO%202020090427897 | | |
| 159 | Email from GM to DJ "Softlayer tickets on the DDOS attack" 1/26/2015 7:42pm | | |
| 160 | Leagle.com CHRONOLOGY: Rakhshan DDOS Attack (23 pages) | | |
| 161 | andyrak @shaw email to Leagle.com "URGENT Request for Deletion" 12/30/2014 1:22am | | |
| 162 | andyrak @shaw email to Leagle.com "URGENT Request for Deletion" 12/30/2014 2:50am | | |
| 163 | andyrak @shaw email to Leagle.com "URGENT Request for Deletion" 12/31/2014 2:03am | | |
| 164 | andyrak @shaw email to Leagle.com "$100 bill" 1/3/2015 1:58pm (forwarded on 3/27/2015) | | |
| 165 | andyrak @shaw email from Leagle.com "$100 bill" 1/3/2015 2:20pm | | |
| 166 | 2 andrew.rakhshan emails from mymail "failure notice" 1/16/2015 2:53pm & 3:53pm (EX.51-52) | | |
| 167 | andrew.rakhshan email to Leagle.com "Fwd: You are placing my safety in imminent DANGER -- PLEASE HELP" 1/16/2015 3:43pm (EX.51-52) | | |
| 168 | andrew.rakhshan email from SRFax "BestFreeFax Transmission FAILED to LEAGLE Inc. -1 310-388-0502" 1/21/2015 3:41pm with a 7 page fax attached (EX.51-52) | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 169 | andyfromcanada email from FaxZero "FaxZero.com Action Required - Please Confirm Your Fax" 1/21/2015 3:52pm (EX.51-52) | | |
| 170 | andyfromcanada email from FaxZero "Your fax to LEAGLE has succeeded" 1/21/2015 3:56pm (EX.51-52) | | |
| 171 | andrew.rakhshan email to Leagle.com "HELP…HELP…HELP….HELP" 1/23/2015 5:12pm (EX.51-52) | | |
| 172 | andyfromcanada email from mymail "failure notice" 1/23/2015 5:15pm (EX.51-52) | | |
| 173 | andrew.rakhshan email to Leagle.com "Cyber Attack on Leagle.com" 1/24/2015 6:28pm (EX.51-52) | | |
| 174 | Same as EX.173, with expanded header (forwarded on 3/27/2015) | | |
| 175 | Softlayer Ticket 16271252 1/24/2015 4pm "Update 1" | | |
| 176 | assn_drp email to Leagle.com and andrew.rakhshan email "DDoS Attack on Leagle.com" 1/25/2015 1:47am (EX.200) | | |
| 177 | Same as EX.176, with expanded header from Leagle.com | | |
| 178 | Same as EX.176, with expanded header from Leagle.com (forwarded on 3/27/2015) | | |
| 179 | Chat between Leagle and Softlayer 1/25/2015 10:24am-10:38am | | |
| 180 | Softlayer Ticket 16271252 1/24/2015 11:01pm "Update 3" | | |
| 181 | andrew.rakhshan email to GS "Cyber-attack tonight" 1/25/2015 5:21pm (EX.51-52) | | |
| 182 | andrew.rakhshan email to GS "TUUM-EST.COM IS UNDER ATTACK" 1/25/2015 8:14pm (EX.51-52) | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 183 | Bandwidth chart bits per second 1/24/2015-1/26/2015 | | |
| 184 | Email from GS to Leagle regarding Andrew Rakhshan cyber-attacks 1/26/2015 12:39pm | | |
| 185 | Email from GS to Leagle "Cyber-attack by Andrew Rakhshan" 1/27/2015 7:51pmpm | | |
| 186 | andyfromcanada email to GS "My long email" 2/2/2015 11:31pm (EX.51-52) | | |
| 187 | Email from Leagle to GS cc GM "Re: GS Info for DJ" 2/8/2015 | | |
| 188 | Email from GS to Leagle "Blogger Updates per 'Rakhshan'" 2/16/2015 | | |
| 189 | andrew.rakhshan email from mymail "failure notice" 1/23/2015 5:12pm (EX.51-52) | | |
| 190 | kjahanrakhshan email to thomsonreuters "Re: Letter" 4/29/2015 11:40pm with attachment 4/13/2015 letter and BCSC Order (EX.51-52) | | |
| 191 | 2 kjahanrakhshan emails from Courtclick "Account registration Details" 2/2/2015 and 3/13/2015 (EX.51-52) | | |
| 192 | andyfromcanada email to andyrak @shaw "Fwd: Re: [474] Topics" 6/13/2014 12:18am (EX.51-52) | | |
| 193 | andyfromcanada email to IS "Clever Idea" 6/18/2014 8:42pm (EX.51-52) | | |
| 194 | andyfromcanada email to andyrak @shaw "Fwd: Clever Idea" 6/20/2014 10:40pm (EX.51-52) | | |
| 195 | andyfromcanada email from IS "Re: Re: [474] Topics" 6/21/2014 6:06am (EX.51-52) | | |
| 196 | screenshot of emails between Andy Rakhshan and "me" "Fwd: Re: Payment" 4/17/2015-4/18/2015 | | |
| 197 | akr9 email to IS "Fwd: Re: Payment" 4/17/2015 22:50 PDT [expanded header for EX.196] | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 198 | akr9 email from IS "Fwd: Re: Payment" 4/18/2015 3:01 PDT [expanded header for EX.196] | | |
| 199 | Multiple emails involving efax and andyfromcanada email account, between 2009 and 2015 | | |
| 200 | Yahoo Disk assn_drp@yahoo | | |
| 201 | Yahoo Disk amanda_s20@yahoo | | |
| 202 | Yahoo subscriber info for yahoo account assn_drp@yahoo.com | | |
| 203 | Yahoo address book info for yahoo account assn_drp@yahoo.com | | |
| 204 | Yahoo IP info for yahoo account assn_drp@yahoo.com from March 2015 to 2016 | | |
| 205 | Yahoo IP info for yahoo account assn_drp@yahoo.com from March 2015 to 2016 | | |
| 206 | Yahoo 902(11) Affidavit assn_drop and amanda_s20 | | |
| 207-245 | reserved | | |
| 246 | Photo of Andrew Rakhshan from Cook Systems | | |
| 247 | kjahanrakhshan email to WordPress "Court Order to Seal Criminal History" with attachment BCSC Order 3/14/2015 2:03pm (EX.51-52) | | |
| 248 | kjahanrakhshan email to typepad "Re: [Typepad Community & Support] Re: Request for Removal" with attachment BCSC Order 3/14/2015 1:47pm  (EX.51-52) | | |

**Government's Exhibit List – Page 15**

| Number | Exhibit | Offered | Admitted |
|--------|---------|---------|----------|
| 249 | Screenshots from http://www.courts.gov.bc.ca/ | | |
| 250 | Search Warrant for search of 989 112th Ave. NE, #705, Bellevue, WA | | |
| 251 | Photograph of 989 112th Ave. NE, Bellevue, WA with markings for Search | | |
| 252 | Documents related to search of 989 112th Ave. NE, #705, Bellevue, WA  •Search Diagram/Sketch<br>•Search Warrant Execution Log<br>•Identification of rooms<br>•Receipt for Property Seized<br>•Evidence Recovery Log<br>•Photographic Log<br>•Google Maps<br>•Floorplan | | |
| 253 | Photographs from the search of 989 112th Ave. NE, #705, Bellevue, WA | | |
| 254 | Transcript of Rakhshan's testimony October 18, 2017 | | |
| 255 | Screenshot from Dwight Mann regarding JM | | |
| 256 | Department of Licensing IDL System Andrew Kamiar Rakhshan with photo | | |
| 257 | Department of Licensing IDL System GJ with photo | | |
| 258 | Signed document from Rakhshan Document 33 filed on 1/19/2018 | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 259 | Google Maps:<br>•2449 Scenic Drive, Salt Lake City, UT<br>•3560 North   Marshall Way, Scottsdale, AZ - Extended Stay America<br>•20827 N.27th Ave, Phoenix, AZ - Extended Stay America<br>•3700 132nd Avenue SE, Bellevue, WA - Extended Stay America<br>•1616 Bayshore Dr.  Vancouver, BC<br>•1077 West Cordova Street, Vancouver, BC<br>•1616 Bayshore Dr. and 1077 West Cordova Street, Vancouver, BC<br>•4985 Cliffridge Ae, N Vancouver BC<br>•989 112th Ave NE, Bellevue, WA<br>•9617 N. Metro Pkwy, Phoenix, AZ<br>•11512 Casa Marina Way, Tampa, FL | | |
| 260 | Photograph of hand holding passport in front of laptop screen. | | |
| 261 | Karas affidavit and assorted emails and faxes | | |
| 262 | kjahanrakhshan email from S.Marshall "Threats" 1/19/2015 5:06pm (EX.50-51) | | |
| 263 | kjahanrakhshan email from S.Marshall "My Daily Chuckle" 2/26/2015 4:40pm (EX.50-51) | | |
| 264 | andyfromcanada email from blogger-support @google 2/27/2015 12:47am | | |
| 265 | kjahanrakhshan email to S.Marshall "Re: My Daily Chuckle" 4/16/2015 11:10am (EX.50-51) | | |
| 266 | kjahanrakhshan email from S.Marshall "My Daily Chuckle" 4/16/2015 1:25pm (EX.50-51) | | |
| 267 | kjahanrakhshan email to S.Marshall "My Daily Chuckle" 4/16/2015 3:49pm (EX.50-51) | | |
| 268 | kjahanrakhshan email from S.Marshall "Re: Your Generous Offer" 4/16/2015 4:18pm (EX.50-51) | | |
| 269 | kjahanrakhshan email to S.Marshall "Re: Your Generous Offer" 4/16/2015 4:15pm (EX.50-51) | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 270 | kjahanrakhshan email from S.Marshall "Re: Your Generous Offer" 4/16/2015 4:30pm (EX.50-51) | | |
| 271 | kjahanrakhshan email to S.Marshall "Re: Your Generous Offer" 4/16/2015 4:42pm (EX.50-51) | | |
| 272 | kjahanrakhshan email from S.Marshall "Re: Your Generous Offer" 4/16/2015 5:10pm (EX.50-51) | | |
| 273 | kjahanrakhshan email to S.Marshall "A more generous offer" 5/4/2015 2:31am (EX.50-51) | | |
| 274 | kjahanrakhshan email from S.Marshall "Re: A more generous offer" 5/4/2015 6:41am (EX.50-51) | | |
| 275 | kjahanrakhshan email from tps8003 "Your More Generous Offer" 5/7/2015 4:22am (EX.50-51) | | |
| 276 | kjahanrakhshan email to tps8003 "Re: Your More Generous Offer" 5/8/2015 1:33pm (EX.50-51) | | |
| 277 | kjahanrakhshan email to tps8003 "Re: Your More Generous Offer" 5/8/2015 3:42pm (EX.50-51) | | |
| 278 | kjahanrakhshan email to tps8003 "Re: Your More Generous Offer" 5/10/2015 10:32am (EX.50-51) | | |
| 279 | kjahanrakhshan email to tps8003 "Re: Your More Generous Offer" 5/11/2015 1:40pm (EX.50-51) | | |
| 280 | kjahanrakhshan email to tps8003 "Your Faxes" 5/21/2015 8:01am (EX.50-51) | | |
| 281 | kjahanrakhshan email to tps8003 "Re: Your More Generous Offer" 5/11/2015 1:50pm (EX.50-51) | | |
| 282 | Certified Copy of the Proceedings in 25452-1 for Kamyar Andrew Jahanrakhshan | | |

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 283 | Certified Copy of the Proceedings in 25096-1 for Kamyar Andrew Jahanrakhshan | | |
| 284 | Affidavit from the Court Services Branch, Ministry of Attorney General in the Province of British Columbia regarding the non-existence of a document | | |
| 285 | Hewlett-Packard Registry SOFTWARE Information, Install Date 6/18/2017, Registered Owner Andy | | |
| 286 | Hewlett-Packard Databases | | |
| 287 | Hewlett-Packard User Account Information Item | | |
| 288 | Hewlett-Packard Item Table | | |
| 289 | Hewlett-Packard Autofill | | |
| 290 | Hewlett-Packard - passport image | | |
| 291 | Hewlett-Packard - resume | | |
| 292 | Hewlett-Packard - Gmail Offline Mail Messages 7/22/2015 to 10/23/2015 xlsx | | |
| 293 | Hewlett-Packard - Gmail Offline Mail Messages 8/1/2015 to 10/27/2015 xlsx | | |
| 294 | Hewlett-Packard - Chrome Offline Mail Messages 6/5/2017 to 11/30/2017 xlsx | | |
| 295 | Hewlett-Packard - Chrome Offline Mail Messages 5/25/2017 to 6/6/2017 xlsx | | |
| 296 | Hewlett-Packard - Chrome Offline Mail Messages 5/7/2017 to 6/5/2017 xlsx | | |
| 297 | Hewlett-Packard - Chrome Offline Mail Messages 4/18/2017 to 5/25/2017 xlsx | | |
| 298 | Hewlett-Packard - Chrome Offline Mail Messages 2/8/2017 to 5/16/2017 xlsx | | |
| 299 | Hewlett-Packard - Chrome Browser Autofill Backup xlsx | | |

| Number | Exhibit | Offered | Admitted |
|--------|---------|---------|----------|
| 300 | Hewlett-Packard - Apple Backup xlsx | | |
| 301+ | Charts, Diagrams, Graphs, or Demonstrative Exhibits | | |

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY


*/s/Candina S. Heath*
CANDINA S. HEATH
Assistant United States Attorney
candina.heath@usdoj.gov
Texas State Bar. No. 09347450
1100 Commerce Street, Third Floor
Dallas, Texas  75242
Telephone: 214-659-8600
Fax: 214-659-8805

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2018, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing (ECF) system of the court.  The ECF system sent a "Notice of Electronic Filing" to the defendant's attorney of record.


*S/ Candina S. Heath*
CANDINA S. HEATH
Assistant United States Attorney