# UNITED STATES DISTRICT COURT
## Northern District Of Texas
### Dallas Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO: 3:17CR-414-N** |
| | § | |
| **KAMYAR JAHANRAKHSHAN** | § | |
| **a.k.a  ANDREW RAKHSHAN** | § | |

## NOTICE OF DEFENDANT'S EXHIBIT LIST

COMES NOW Kamyar Jahanrakhshan a.k.a. Andrew Rakhshan, by and through his

counsel of record, and files this Defendant's Exhibit List; namely that, the Defense will

adduce no exhibits of their own during the course of the Guilt/Innocence stage of the trial

and instead, adopts the Government's Exhibit List, but does so without conceding the

admissibility of any particular exhibit prior to proper predicate and judicial review.

Respectfully Submitted,

/s/ Steven Hayden

Steven Hayden
SBN: 24006245
2351 W. Northwest Hwy., Ste. 1303
Dallas, Texas 75220
haydenlaw@verizon.net
(214) 678-9663 phone
(214) 631-2375 fax
(469) 569-4779 cell

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing Notice of Defendant's Exhibit List has

been sent by email to the AUSA assigned to this cause Ms. Candina Heath on this the 14th

day of March, 2018.

/s/ Steven Hayden
_____
Steven Hayden