IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. Action No. 3:17-CR-414-N |
| | § | |
| KAMYAR JAHANRAKHSHAN | § | |

## VERDICT OF THE JURY

We, the Jury, find the Defendant "Guilty" or "Not Guilty" as follows:

Count One

__GUILTY__

Signed this the 22 day of March, 2018.

_____
Presiding Juror