IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Crim. Action No. 3:17-CR-414-N |
| KAMYAR JAHANRAKHSHAN | § | |

### ORDER

Before the Court is the Defendant's Motion to Take the Deposition of FNU Nanjunda filed September 11, 2018 and the Government's Opposition to the Motion filed September 21, 2018. The Court grants the motion. The defendant shall have 30 (Thirty) days from the date of this order to complete the deposition.

Signed September 24, 2018.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE