

United States Department of State

*Washington, D.C.   20520*

May 30, 2019



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 1 3 2019

CLERK, U.S. DISTRICT COURT
By _____
Deputy

Honorable David C. Godbey
1100 Commerce Street
Room 1504
Dallas, Texas  75242

Re: United States of America v. Kamyar Jahanrakhshan
Case No. 3:17-CR-00414-N-1

To Whom It May Concern:

Please find the enclosed response to your request for judicial assistance from the Embassy in New Delhi.

If you have any questions regarding this matter please do not hesitate to contact this office at **CA-OCS-LettersRogatory@state.gov**.

Sincerely,

Office of Legal Affairs
Overseas Citizens Services
U.S. Department of State



MINISTRY OF EXTERNAL AFFAIRS
NEW DELHI

T-4417/174/2018            27th December 2018

## Note Verbale

The Ministry of External Affairs presents its compliments to the Embassy of the United States of America in New Delhi and has the honour to refer to the Note Verbale No. 2018-1123/CONS dated 21st December 2018 enclosing request for international judicial assistance to the appropriate judicial authority of India.

2. The Ministry of External Affairs has the further honour to state that the exact nature of the esteemed Embassy's request is not clear from the document provided. While the case is shown as a "Civil Matter" in the note verbale, the attached document speaks of a "Criminal Trial set for February 1, 2019". The Ministry shall appropriate if the position in this regard is clearified. The documents received with the esteemed Embassy's request are returned herewith.

3. The Ministry of External Affairs avails itself of this opportunity to renew to the Embassy of the United States of America the assurances of its highest consideration.

The United States of America,
Shantipath, Chanakyapuri,
New Delhi – 110021.



PATIALA HOUSE ANNEXE, TILAK MARG, NEW DELHI 110001, TELEFEX NO. 91-11-23073380

No. 2018-1123/CONS

The Embassy of the United States of America presents its compliments to the Ministry of External Affairs and requests its aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of India.

The United States District Court Northern District of Texas, Dallas Division has transmitted the letters rogatory in the matter of United States of America versus Kamyar Jahanrakhshan. The case is a CIVIL matter pending before the United States District Court Northern District of Texas, Dallas Division.

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of the United States of America avails itself of this opportunity to renew to the Ministry of External Affairs the assurances of its highest consideration.

Embassy of the United States of America,
    New Delhi, December 21, 2018.

Enclosure : As stated.

DIPLOMATIC NOTE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
| | ) | |
| Plaintiff, | ) | 3:17-CR-00414-N-1 |
| | ) | |
| v. | ) | |
| | ) | |
| KAMYAR JAHANRAKHSHAN, | ) | |
| | ) | |
| Defendant. | ) | |

### REQUEST FOR INTERNATIONAL ASSISTANCE (LETTER ROGATORY)

The United States District Court for the Northern District of Texas presents its greetings to the judicial authority of the Republic of India and requests international judicial assistance to obtain evidence to be used in a criminal proceeding before this Court in the above-captioned matter. **The criminal trial is set for February 1, 2019.**

The assistance requested is made in the interest of justice and is requested that the appropriate authority of the Republic of India compel the appearance of the below named individual to give evidence and provide documents, under oath.

### A. Identity and Address of Witness

Nanjunda BS
311 8th Block, Jayanagar
Bengaluru, Karnataka 560070, India
91 80671 51202

### B. Person to Whom the Executed Request is to be Returned and Deadline for Return

The executed request should be returned as expeditiously as possible to:

1

Honorable David C. Godbey
1100 Commerce Street, Room 1504
Dallas, Texas 75242
United States of America
1-214-753-2700

**C. Facts of the Case**

The Request for International Assistance is related to a criminal proceeding currently pending against Kamyar Jahanrakhshan in the United States District Court for the Northern District of Texas. Mr. Jahanrakhshan is charged in a one count indictment with violating 18 U.S.C. § 1030(a)(5)(A) and 18 U.S.C. § 1030(c)(4)(A)(i)(I) and (B) by knowingly causing the transmission of a command to a protected computer.

Of particular relevance to this request for assistance, Mr. Jahanrakhshan is charged with launching a Denial of Service (D-DoS) attack on the website leagle.com. Infocon International, Ltd. ("Infocon") provides technical support to leagle.com. It is alleged that Infocon spent numerous hours responding to this alleged D-DoS attack and, as a result, Mr. Jahanrakhshan caused "loss" or "damage." Mr. Nanjunda is leagle.com's point of contact, and it alleged that Mr. Nanjunda himself spent numerous hours on the alleged D-DoS attack.

**D. Assistance Requested**

The United States District Court for the Northern District of Texas requests that the appropriate judicial authority designated to execute this letter rogatory assist in the compelling of testimony and the production of documents. To obtain the testimony of the above named witness, this Court respectfully requests an order from the appropriate judicial authority directing the above named witness to testify under oath at a deposition before an Assistant United States Attorney and an attorney for Kamyar Jahanrakhshan; to have the testimony recorded for possible use at the trial of Mr. Jahanrakhshan; and to produce documents for review and copying

2

by the Assistant United States attorney and counsel for the defendant. A deposition is a procedure utilized in the United States to take the testimony under oath and the penalties of perjury that would be recorded and transcribed for possible use at trial. The use of a recorded deposition would obviate the need for the witness's physical appearance in the United States. Rather than requesting the witness's presence in the United States, both the prosecutor and the defense attorney would travel to India. Mr. Jahanrakhshan's attorney and the Assistant United States Attorney would have an opportunity to ask questions of the witness (using the assistance of an interpreter if needed). A court reporter would record the testimony in written form. The parties are then permitted to request to use the transcript of the testimony during the trial of Kamyar Jahanrakhshan, which will occur in the United States. The deposition procedure enables the attorneys to ask questions of the witness under oath and to ensure that there is a possibility that the testimony he offers is admissible in further proceedings at trial.

In connection with this procedure, this Court respectfully requests permission from the appropriate judicial authority that the Assistant United States Attorney and the attorney for Kamyar Jahanrakhshan to attend and participate in the proceedings. This Court also respectfully requests that the witness be placed under oath prior to testifying, and that a court reporter be granted permission to take down a verbatim transcript of the testimony. This Court also respectfully requests that the witness be compelled to produce documents for inspection, review, and copying by the Assistant United States Attorney and the attorney for Kamyar Jahanrakhshan. The documents requested are:

> All documents reflecting time spent and/or activities engaged in with relation to any D-DoS attack on the leagle.com website for the time period including December 2014-January 2015.
3

### E. Reciprocity

This Court appreciates the appropriate judicial authority's assistance in obtaining evidence in this matter. This Court is willing to provide similar assistance to judicial authorities in the Republic of India should such assistance be requested.

### F. Reimbursement of Fees and Costs

Defendant is willing to reimburse the appropriate authority of the Republic of India for costs incurred in executing this letter rogatory. Any such request for reimbursement should be sent to the following address:

> Broden & Mickelsen
> 2600 State Street
> Dallas, Texas 75204

DATED October 24, 2018

DAVID C. GODBEY
United States District Court Judge

**U.S. DEPARTMENT OF STATE**
CA/OCS/L
SA-17, 10TH FLOOR
WASHINGTON, DC 20522-1710

7015 1520 0002 1387 9384

**CERTIFIED MAIL**

Honorable David C. Godbey
1100 Commerce Street
Room 1504
Dallas, Texas 75242

RECEIVED
JUN 10 2019
CLERK U S DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

