IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Crim. Action No. 3:17-CR-00414-N |
| KAMYAR JAHANRAKHSHAN (1) | § § | |

### ORDER

Before the Court is the Government's Motion to Dismiss a Pro Se Filing filed May 26, 2020. The Court grants the motion. Document# 128 is hereby Stricken from the record.

Signed June 1, 2020.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE