---------- Forwarded message ---------
From: **Andrew Rakhshan** <andyplano79@yahoo.com>
Date: Wed, Dec 21, 2022 at 3:00 PM
Subject: For the sake of Holiday Season please be gracious
To: █████@dallasnews.com <█████@dallasnews.com>

Hello Mr. Moise,

There is an old saying that Holiday Season is the season of giving and generosity.

Would you please consider taking down the below articles an act of charity?

I swear I CANNOT obtain a Court Expunction Order like your Content Removal Policy demands. The conviction will stand for LIFE. Does it mean I have to take these articles into my grave?

Christmas is only 3 days away. Please have some conscience. Taking down the below articles is nothing for a powerful and high ranking man like you. All you have to do is to forward the below email to someone in charge of Dallas News website and ask them to delete the articles so I could rest in peace this Christmas.

I am tormented everyday by these articles. What have I ever done to your staff or company to deserve this humiliation? I have been contacting your company for most part of 2022 and haven't even once raised my voice on anyone.

Please HELP me and direct the takedown for the sake of Holiday Season and as an act of charity.

Thank you for your time and Happy Holidays,
Andrew Rakhshan
425-210-0998

Begin forwarded message:

On Tuesday, November 22, 2022, 7:21 AM, Andrew Rakhshan <andyplano79@yahoo.com> wrote:

> Good Morning Mr.Moise,

Sorry to bother you again. I am just following up on the below request I sent you last week. I swear I am a GOOD person sir. You cannot judge me by the embarrassing contents of these articles or by what the government might have told your company about me. I'm certain they have instructed your staff to keep the articles up so I would be provoked to act irrationally towards your company - just as falsely alleged in these articles - so they could then bring another indictment against me.

But during the past 9 months I have shown nothing but RESPECT towards your staff. Unless you intervene in this matter, I would certainly take these articles into my grave. Because as I explained below, your Content Removal Policy is flawed and I will NEVER qualify for it.

I am BEGGING you to make an exception to your policy and direct the removal of the below articles from Dallas News website. Feel free to call me anytime at the number below.

Thank you very much for your time and consideration,
Andrew Rakhshan
425. 210. 0998

On Sunday, November 13, 2022, 9:30 AM, Andrew Rakhshan <andyplano79@yahoo.com> wrote:

> Good Morning Mr. Moise,
>
> I left you two voice messages in the past couple of weeks but never heard back from you. I am sorry to bother you as I know my problem is the least of concerns for a high ranking and powerful man like you, but I have no one else to turn to. I have been contacting your company for over 8 months now and my request is keep being ignored or refused.
>
> I am BEGGING you to direct the

takedown of the following articles from the Dallas News website. They are FALSE and EXTREMELY embarrassing and have been constantly destroying all aspects of my life in the community:

https://www.dallasnews.com/news/crime/2018/03/15/self- described-international- fraudster-threatened-bullied- and-used-bots-to-purge- internet-of-criminal-past-feds-say/

https://www.dallasnews.com/news/crime/2018/03/27/he-says- he-s-a-sophisticated- international-fraudster-and- now-he-s-guilty-of-a- cyberattack-on-a-news-website/

https://www.dallasnews.com/news/crime/2019/02/04/in-a- rarity-defense-attorneys- admit-blunder-and-win-client- new-trial-in-dallas-cyber- attack-case/

https://www.dallasnews.com/news/crime/2017/07/30/hacker- posed-as-anonymous-to-bully- dallas-firm-into-scrubbing-his-name-from-site-feds-say/

https://www.dallasnews.com/news/2017/07/31/tomi-lahren- att-adrian-beltre-your-monday- morning-roundup/

In March of this year Mr. Mark Konradi told me that "he is considering my request and that my request is under review". But then shortly after he left the company. Ever since I have been reaching out to Mrs. Erin Sood, Mrs. Sandra Smith, Mrs. Amy Hollyfield and Mrs. Katrice Hardy, but they are all but ignoring my request.

Very recently I received an email from an unknown individual from your company saying that my request is being denied because it does not qualify under your following Content Removal Policy:

https://www.dallasnews.com/help/content-removal-review/

But my case was filed at the Federal Court, and there is NO such thing as an "Expunction Order" there. There is NO such procedure even close to expunging a case in the Federal Rules of Criminal Procedure. Even if I could afford the most expensive lawyer in America I CANNOT expunge this criminal case, EVER.

My case is EXTREME and an EXCEPTION must be made to your above removal policy.

These articles are 90% false or else are hyperbole. They are mostly based on fabricated emails provided to your Reporter by the government. In fact some of these articles even contain photos of those emails. Well, I did NOT authored those emails.

Please have conscience Mr. Moise. How would you feel if someone published this garbage about your son, your brother, your sister or your wife? These articles are destroying all aspects of my life everyday in the community. Please show mercy on me and direct their removal at your earliest convenience.


Thank you for your time and consideration,
Andrew Rakhshan
Mobile: 425-210-0998

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.