IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Crim. Action No. 3:17-CR-00414-N |
| KAMYAR JAHANRAKHSHAN (1) | § § | |

## ORDER

The defendant appeared before this Court for a supervised release violation hearing on January 9, 2023. The Court is adding an additional condition to the defendant's conditions of supervised release. It is as follows:

The defendant shall not use obtain, or possess any driver's license, social security number, birth certificate, passport or any other form of identification in any name other than the defendant's true legal name, without the prior written approval of the defendant's U. S. Probation Officer.

Signed January 13, 2023.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE